UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN THOMPSON | CIVIL ACTION |
| VERSUS | NUMBER: 03-2045 |
| HARRY CONNICK, ET AL | SECTION: J (5) |

**J U D G M E N T**

This case came on for trial by jury on February 5, 2007 through February 9, 2007, before District Judge Carl J. Barbier.

Considering the answers of the jury to the interrogatories propounded by the Court at the trial of this matter; and further considering the direction of the Court as to entry of judgment, accordingly,

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of plaintiff, JOHN THOMPSON, and against defendants, HARRY F. CONNICK, ERIC DUBELIER, JAMES WILLIAMS, and EDDIE JORDAN in their official capacities, and the ORLEANS PARISH DISTRICT ATTORNEY'S OFFICE, jointly and in solido in the amount of $14,000,000.00, with legal interest from date of entry of judgment, and reasonable attorneys' fees and costs.

Dated at New Orleans, Louisiana, this 12th day of FEBRUARY, 2007.

_____
UNITED STATES DISTRICT JUDGE